**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sheakenia S., Appellant,

In the interest of minor children under the age of eighteen years.

Appellate Case No. 2012-212249

Appeal From Horry County
Jan Benature Bromell Holmes, Family Court Judge

Unpublished Opinion No. 2013-UP-089
Submitted February 4, 2013 – Filed February 25, 2013

**AFFIRMED**

John C. Thomas, of John C. Thomas, P.A., of Conway,
for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
P.A., of Kingstree, for Respondent.

Amy W. Wates, of Mullen Wylie, LLC, of Myrtle Beach, for Guardian ad Litem.

**PER CURIAM:** Sheakenia S. appeals from the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2012). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.